UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: BROMBERG LAW OFFICE, P.C. - 1146

DANA STEPHENSON

                                        Plaintiff(s)

-against-

EXCLUSIVE MOTOR-SPORTS LLC ETAL

                                        Defendant(s)

Index #: 20-CV-01332-NSR

Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAVID KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 3, 2020 at 01:30 PM at

899 SOUTH OYSTER BAY ROAD
BETHPAGE, NY11714

deponent served the within true copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT, CIVIL COVER SHEET on BETHPAGE FEDERAL CREDIT UNION, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to LAURA COHEN personally, deponent knew said corporation so served to be the corporation described in said SUMMONS IN A CIVIL ACTION AND COMPLAINT, CIVIL COVER SHEET as said defendant/respondent and knew said individual to be GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 53 | 5'5 | 150 |



Sworn to me on: March 4, 2020

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2022

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process inc.
299 Broadway
New York NY 10007

**DAVID KLEINBERG**

Docket #:   *1153847*