Attorney(s)   Bromberg Law Office, P.C.
Index #   **7:20-CV-01332-NSR**
Purchased/Filed: February 14, 2020
State of New York
Court:   U. S. District
County:   Southern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Dana Stephenson

Plaintiff(s)

against

Exclusive Motor-Sports LLC et al

Defendant(s)

| STATE OF NEW YORK )<br>COUNTY OF ALBANY )SS<br>CITY OF ALBANY ) | **DESCRIPTION OF PERSON SERVED:** | Approx. Age:  55 yrs |
|---|---|---|

Weight:  120 lbs   Height:   5' 1"   Sex:  Female   Color of skin:  White

Hair color:  Brown   Other: _____

_____ Sean Warner _____ , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on _____ March 9, 2020 _____ , at   12:25PM  , at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**Summons In A Civil Action & Complaint**

on

### Exclusive Motor Sports & Collision Center LLC

the Defendant in this action, by delivering to and leaving with _____ Nancy Dougherty _____ AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies  thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _____ $40 _____ dollars; That said service was made pursuant to Section   LIMITED LIABILITY COMPANY LAW §303.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

9th   day of      March 2020

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2023

Sean Warner

**Invoice·Work Order #** 2007161
Attorney File #   **Stephenson**