UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

DANA STEPHENSON,

                      Plaintiff,          Case No.: 7:20-cv-01332 (NSR)

          -against-                **NOTICE OF APPEARANCE**

EXCLUSIVE MOTOR-SPORTS LLC, EXCLUSIVE
MOTOR SPORTS & COLLISION CENTER LLC,
EXCLUSIVE MOTOR CARS LLC, and
BETHPAGE FEDERAL CREDIT UNION,

                    Defendants.
-------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that the undersigned attorney hereby appears as counsel for

Defendant, Bethpage Federal Credit Union**,** in connection with the above-entitled action.  Please

forward all future correspondence and litigation documents to the attention of the undersigned.

      I certify that I am admitted to practice in this court.

Dated:     Uniondale, New York
          April 27, 2020

                             Yours, etc.,
                             RIVKIN RADLER LLP
                             Attorneys for Defendant
                             BETHPAGE FEDERAL CREDIT UNION

          By:       *Evan H. Krinick*

                             Evan H. Krinick (EK2471)
                             926 RXR Plaza
                             Uniondale, NY 11556-0926
                             (516) 357-3000
                             Evan.Krinick@rivkin.com

4815978 v1