UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DANA STEPHENSON,

                                    Plaintiff,          Case No.: 7:20-cv-01332 (NSR)

          -against-                 **NOTICE OF APPEARANCE**

EXCLUSIVE MOTOR-SPORTS LLC, EXCLUSIVE
MOTOR SPORTS & COLLISION CENTER LLC,
EXCLUSIVE MOTOR CARS LLC, and
BETHPAGE FEDERAL CREDIT UNION,

                                 Defendants.
-------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that the undersigned attorney hereby appears as counsel for Defendant, Bethpage Federal Credit Union**,** in connection with the above-entitled action.  Please forward all future correspondence and litigation documents to the attention of the undersigned.

      I certify that I am admitted to practice in this court.

Dated:     Uniondale, New York
              April 27, 2020

                                  Yours, etc.,
                                  RIVKIN RADLER LLP
                                  Attorneys for Defendant
                                  BETHPAGE FEDERAL CREDIT UNION

                  By:     *Michael P. Versichelli*
                          Michael P. Versichelli (MV2692)
                          926 RXR Plaza
                          Uniondale, NY 11556-0926
                          (516) 357-3000
                          Michael.Versichelli@rivkin.com