AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Dana Stephenson | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 20-cv-01332 (NSR) |
| Exclusive Motor-Sports LLC, et al. | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Exclusive Motor-Sports LLC, Exclusive Motor Sports & Collision Center LLC and Exclusive Motor Cars LLC.

Date: 04/30/2020

*Attorney's signature*

Benjamin Ostrer 1201185
*Printed name and bar number*

Ostrer & Asociates, P.C.
111 Main Street
P.O. Box 509
Chester, New York 10918
*Address*

bostrer@ostrer.com
*E-mail address*

845-469-7577
*Telephone number*

845-469-8690
*FAX number*