UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DANA STEPHENSON,

          Plaintiff,   Case No.: 7:20-cv-01332 (NSR)

   -against-        **NOTICE OF APPEARANCE**

EXCLUSIVE MOTOR-SPORTS LLC, EXCLUSIVE
MOTOR SPORTS & COLLISION CENTER LLC,
EXCLUSIVE MOTOR CARS LLC, and
BETHPAGE FEDERAL CREDIT UNION,

          Defendants.
-------------------------------------------------------------------X

  **PLEASE TAKE NOTICE** that the undersigned attorney hereby appears as counsel for Defendant, Bethpage Federal Credit Union**,** in connection with the above-entitled action. Please forward all future correspondence and litigation documents to the attention of the undersigned.

  I certify that I am admitted to practice in this court.

Dated:  Uniondale, New York
     May 12, 2020

          Yours, etc.,
          RIVKIN RADLER LLP
          Attorneys for Defendant
          BETHPAGE FEDERAL CREDIT UNION

      By:  *Michelle A. Bholan*
          Michelle A. Bholan (MB7505)
          926 RXR Plaza
          Uniondale, NY 11556-0926
          (516) 357-3000
          Michelle.Bholan@rivkin.com

4831039 v1