UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
DANA STEPHENSON,

                                    Plaintiff,

    -against-

EXCLUSIVE MOTOR-SPORTS LLC, EXCLUSIVE
MOTOR SPORTS & COLLISION CENTER LLC,
EXCLUSIVE MOTOR CARS LLC and
BETHPAGE FEDERAL CREDIT UNION,

                                    Defendants.
-------------------------------------------------------------------------x

Case No.:7:20-cv-01332 (PMH)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that the undersigned attorney hereby appears as counsel for Defendants, Exclusive Motor-Sports LLC, Exclusive Motor Sports & Collision Center LLC, and Exclusive Motor Cars LLC, in connection with the above-entitled action. Please forward all future correspondence and litigation documents to the attention of the undersigned.

      I certify that I am admitted to practice in this court.

Dated: Chester, New York
       May 20, 2020

                                                              _/s/ David L. Darwin_
                                                              David L. Darwin (DD8340)
                                                              Ostrer & Associates, P.C.
                                                              _Attorneys for Exclusive Motor-Sports LLC,_
                                                              _Exclusive Motor Sports & Collison Center_
                                                              _LLC and Exclusive Motor Cars LLC_
                                                              111 Main Street – P.O. Box 509
                                                              Chester, New York 10918
                                                              (845) 469-7577
                                                              ddarwin@ostrer.com