# Exhibit B

# RETAIL CERTIFICATE OF SALE No. 59974378

**TYPE OF SALE:** ☐ WHOLESALE OR ☒ RETAIL  ☐ New ☒ Used ☐ Demo ☐ Salvage

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|---|---|---|---|---|---|---|---|---|
| 2008 | BMW | M3 | Conv | Bl | 4146 | Gas | 8 | 4 |

| Vehicle Identification Number | Lien(s) | Inspection Certificate Number | Date of Inspection | Inspection Station Number |
|---|---|---|---|---|
| WBSWL93568P330380 | 1 | N/A | N/A | N/A |

| Plate/Permit Number | Number of Dealer Plate Loaned | Lease Buyout (Insp. Not Required) | Selling Price |
|---|---|---|---|
| ZFM7949 | N/A | ☐ | $19,995.00 |

**DEALER INFORMATION** (Print Name and Address)
Exclusive Motor Sports 279 Route 32 Central Valley, NY 10917

**PURCHASER INFORMATION** (Print Name and Address) — Date of Sale
Stephenson, Dana, J 350 Wren Lane Bedminster, NJ 07921 — 3/12/19

**PRIOR OWNER INFORMATION** (Print Name and Address Source of Ownership) — Date of Purchase
BMW of Freeport 291 Sunrise Highway Freeport, NY — 12/20/18

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on this certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage may result in fines and/or imprisonment.

The odometer on the vehicle described above has: ☐ 5 digits ☒ 6 digits, not including tenths

☒ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.
☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."
☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

**ODOMETER READING:** 74525 (no tenths) [11520 handwritten]

**DEALER CERTIFICATION:**
*I certify:* The vehicle described above was sold to the purchaser on the date indicated. At the time of delivery the purchaser was entitled to register the vehicle. This vehicle complied with equipment requirements of the Commissioner's Regulations. At the time of delivery, such equipment was in condition and repair to render satisfactory and adequate service on the public highway under normal use. Equipment certification does not apply to a vehicle sold as new, wholesale, or salvage. All New York State and local taxes due as a result of this sale have been collected from the purchaser. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (SIGN) | PRINT dealer name | Date | Dealer Facility No. |
|---|---|---|---|
| [signed] | Exclusive Motor Sports | 3/12/19 | 7104719 |

| PURCHASER (SIGN) | PRINT purchaser name | Date | Selling Dealer NYS Sales Tax No. |
|---|---|---|---|
| [signed] | Stephenson, Dana, J | 3/12/19 | 75-3249651 |

**ANY CHANGE OR ALTERATION VOIDS THIS CERTIFICATE**

MV-50 (03/04)

# IN-TRANSIT PERMIT/TITLE APPLICATION

**New York State Department of Motor Vehicles**
dmv.ny.gov

PLEASE PRINT CLEARLY

## OFFICE USE ONLY

| Field | Value |
|---|---|
| Old Plate | |
| Old Class | |
| 3 of Name | |
| Insurance Company Code | |
| Scofflaw Case Number(s) | |
| New Plate | |
| New Class | I T P |
| Special Conditions | EX  GI  IF  NF  NU  OD  OV  PA  RC  SA  SO  SP  SS  SV |
| Sales Tax Information — Status | |
| Value ($) | |
| Jurisdiction | |
| Rate | |
| Out of State | |
| Audit | |

## DEALER ONLY

- Permit Info. Permit Number: **ZFM7949**
- Expiration Date: **4/29/19**
- Date Issued: **3/29/19**
- Facility ID Number: **7104719**
- Is there a lienholder? ☒ Yes ☐ No
- Lien Filing Code (Assigned by DMV):
- Lienholder Name and Mailing Address: **Bethpage FCU – File Electronic –**

**INSTRUCTIONS →** COMPLETE ① ② ④ ⑥ and ⑦. WHEN ③ AND ⑤ APPLY, COMPLETE THOSE SECTIONS. PLEASE PRINT CLEARLY.

### ① Mark the box for the action you need

- ☒ Transport this vehicle to register it at a location outside of New York State.
  THE FOLLOWING OPTIONS CANNOT BE USED BY PLATE ISSUANCE DEALERS OR PARTNERS:
- ☐ Transport this vehicle within New York State to register it in another part of New York State.
- ☐ Transport this vehicle to obtain the required NYS Department of Transportation or NYS Heavy Vehicle inspection (see page 2 for requirements).
- ☐ Change information on a current in-transit permit.

☐ This vehicle will be transported
NOTE: NOT VALID IN MASSACHUSETTS
FROM (point of origin, include city and state): **Central Valley, NY**
TO (destination, include city and state or country): **Bedminster, NJ**

### ② 

- NAME OF PRIMARY REGISTRANT (Last, First, Middle): **Stephenson, Dana, J**
- NYS driver license number of PRIMARY:
- SEX: ☒ M ☐ F
- DATE OF BIRTH: Month/Day/**1991**
- NAME OF CO-REGISTRANT:
- DAY TELEPHONE (Optional) Area Code: ( )
- NAME CHANGE? ☐ YES ☒ NO
- ADDRESS CHANGE? ☐ YES ☒ NO
- Is this registration for a corporation or partnership? ☐ Yes ☒ No
- How did you get the vehicle? (mark one) ☐ New ☒ Used ☐ Leased New ☐ Leased Used
- ADDRESS WHERE PRIMARY REGISTRANT GETS MAIL: **350 Wren Lane**
- Apt. No.:
- City or Town: **Bedminster**
- State: **NJ**
- Zip Code: **07921**
- County of Residence: **Somerset**

### ③ 

- DRIVER LICENSE NUMBER OF OWNER:
- NAME OF CURRENT OWNER:
- DATE OF BIRTH:
- OWNER'S DAY PHONE NO.:
- ADDRESS WHERE OWNER GETS MAIL:

AUTHORIZATION: The registrant described in ② is authorized to register the vehicle described in ④.

### ④ 

- VEHICLE IDENTIFICATION NUMBER: **WBSWL93568P330380**
- Year: **08**
- Make: **BMW**
- Body Type For Cars: ☐ 2-Door ☐ 4-Door ☒ Convertible ☐ Station Wagon or Suburban ☐ Other
- Body Type For Other Vehicles: ☐ Pick-up ☐ Van ☐ Motorcycle ☐ Tow Truck ☐ Trailer ☐ Other
- Color: **Bl**
- Unladen Weight: **4146**
- Type of Power or Fuel: ☒ Gas ☐ Diesel ☐ Electric ☐ Flex ☐ CNG ☐ Propane ☐ None ☐ Other
- Cylinders: **8**
- Maximum Gross Weight:
- Seating Capacity:
- Odometer Reading in Miles: **74,525**

### OFFICE USE ONLY

- Mileage Brand:
- Prior Owner:
- Title:
- Lien:
- Lien Number:
- Proof Submitted:
- Approved By:
- Date:
- Old Fee:
- Stop/Response:
- Operator:
- Reg/Title No.:
- State:

MV-82ITP (1/16)  PAGE 1 OF 2

**5** **CHANGES** - Write *new* information about a current registration or title on page 1 of this form. For more information, refer to form MV-82.1 "Registering/Titling a Vehicle in New York State".

NAME CHANGE: Print the *former* name exactly like the former name is printed on the current registration or title.

CHANGES: Describe any vehicle changes and the reasons for the changes.

**6** Proof of NYS DOT INSPECTION or HEAVY VEHICLE INSPECTION IS REQUIRED before registration if the vehicle carries passengers AND the vehicle:
  a. requires commercial operating authority;
  b. is a bus with a seating capacity of 15 or more persons;
  c. provides transportation under a contract with a private school or school district;
  d. transports children under the age of 21 to places of: academic or vocational instruction through grade 12; religious services, religious instruction or both; day camps or day care centers; care or training of persons with a physical disability, mental disability, or both;

Proof of NYS DOT INSPECTION or HEAVY VEHICLE INSPECTION IS NOT REQUIRED before registration if the vehicle:
  e. is owned and operated by a municipality, a public authority, or a school operated by, or certified by, the Office for People With Developmental Disabilities (OPWDD);
  f. is owned by the registrant for his or her personal use, and is also used to transport children under the age of 21, without compensation, as described in "d" above;
  g. is a taxi or livery vehicle which transports children under the age of 21 as described in "d" above, without a contract or agreement for on-going services.

For more information about proof of inspection requirements, refer to Inspection Requirements for Carriers Transporting Passengers (form MV-82.1P).

**Vehicle Inspection Information**

This information is needed to make sure you have all required proofs when you register the vehicle in New York State.

1. Read the information above to determine if a NYS DOT inspection or a NYS Heavy Vehicle inspection is required. If one of these inspections is required, mark this box ........ ☐
2. I certify that, to the best of my knowledge, this vehicle ☐ has been or ☒ has not been wrecked, destroyed or damaged to such an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (If you mark the "has been" box, the vehicle must have an anti-theft examination before the vehicle can be registered, and "Rebuilt Salvage: NY" will be printed on the title.)
3. Does the vehicle require a commercial operating authority permit?   ☐ Yes   ☐ No
   If "Yes", write the   ☐ NYS DOT Permit No. _____
                        ☐ I.C.C. Permit No. _____
4. Is the vehicle used as an ambulette?   ☐ Yes   ☐ No   If "Yes", mark this box if payment is received to carry passengers ☐

**7** **CERTIFICATION:** The information I have given on this application is true to the best of my knowledge. I certify that the vehicle is fully equipped as required by the Vehicle and Traffic Law, and has passed the required New York State inspection within the past 12 months, or has qualified for a time extension (Form VS-1077) and will be inspected within 10 days. I also certify that appropriate insurance coverage is in effect, and that the vehicle will be operated in accordance with the Vehicle and Traffic Law. If I am applying for replacement registration items, I certify that the registration is not currently under suspension or revocation. *If I am using a credit card for payment of any fees in connection with this application, I understand that my signature below also authorizes use of my credit card.*

Print Name Here ▶ _Dana Stephenson_   Sign Here ▶ _[signature]_
(Print Name in Full - if registering for a corporation, print your full name and title)   (Sign Name in Full)

Additional Signature Sign Here ▶ _____
(Sign Name in Full - Additional signature required for a partnership or if registering this vehicle in more than one name.)

CREDIT CARD AUTHORIZATION IF CARDHOLDER IS NOT THE APPLICANT:

My signature authorizes _____   Sign Here ▶ _____
to use my credit card for payment of any fees in connection with this application,   (Cardholder-Sign Name in Full)
and I understand that I must be present for this transaction.

**IMPORTANT:** Making a false statement in any registration application or in any proof or statements in connection with it, or deceiving or substituting in connection with this application, is a misdemeanor under Section 392 of the Vehicle and Traffic Law, and may also result in the revocation or suspension of the registration pursuant to regulations established by the Commissioner. The Department makes no representation that it will issue a certificate of title or transferable registration until the Commissioner is satisfied that the applicant is entitled to a certificate of title or transferable registration, and until all documentation required to establish ownership of the vehicle is submitted and deemed to be satisfactory. Pending review of this application, neither the Commissioner of the Department of Motor Vehicles nor any of his or her employees, deputies or agents assumes any liability or responsibility for repairs performed, improvements made or work done to the vehicle referenced in this application.

**To Be Completed by a Registered New York State Dealer Only – *List any additional Lienholders***

Lien Filing Code
(Assigned by DMV) _____   Lienholder Name _____

Mailing Address _____
(Number and Street)   (City)   (State)   (Zip Code)

Lien Filing Code
(Assigned by DMV) _____   Lienholder Name _____

Mailing Address _____
(Number and Street)   (City)   (State)   (Zip Code)

**DEALER CERTIFICATION:** I certify that all information provided on this application is true. I take responsibility for the integrity of the papers delivered to the Motor Vehicles office.   _[signature]_
(Signature of Dealer or Authorized Representative)

MV-82ITP (1/16)   PAGE 2 OF 2

# EXCLUSIVE MOTOR SPORTS
279 Route 32 • Central Valley, New York 10917
Tel: (845) 928-1000   www.exclusivemotorsports.net   Fax: (845) 928-1001

**THIS AGREEMENT IS NOT BINDING UNLESS SIGNED BY THE SELLER AND THE BUYER**

BUYER: Dana Stephenson
ADDRESS: 350 Wren Lane Bedminster NJ 07921
CO-BUYER:
ADDRESS:

## THE TRANSACTION
I ORDER AND AGREE TO PURCHASE FROM YOU, ON THE TERMS CONTAINED ON BOTH SIDES OF THIS AGREEMENT, THE FOLLOWING VEHICLE:
(READ OTHER SIDE)

### THE VEHICLE

| YEAR | 2008 | ☐ NEW  ☒ USED  ☐ DEMONSTRATOR | MAKE | BMW | MODEL | M3 | SERIES | 2dr Convertible |
|---|---|---|---|---|---|---|---|---|
| SALESPERSON | SAAED MOSLEM | | COLOR | BLK | TRIM | | VIN | WBSWL93568P330380 |
| ESTIMATED DELIVERY DATE | / / | | PLACE OF DELIVERY | EXCLUSIVE MOTOR SPORTS | STOCK NO. (IF RESERVED) | 4855 | MILEAGE | 74,525 |

### THE PRICE
IF THE MOTOR VEHICLE HAS NOT BEEN DELIVERED IN ACCORDANCE WITH THIS CONTRACT WITHIN 30 DAYS FOLLOWING THE ESTABLISHED DELIVERY DATE, THE CONSUMER HAS THE RIGHT TO CANCEL THE CONTRACT AND TO RECEIVE A FULL REFUND, UNLESS THE DELAY IN DELIVERY IS ATTRIBUTABLE TO THE CONSUMER.

| | | |
|---|---|---|
| VEHICLE PRICE (+) | $22,995.00 | |
| TRANSPORTATION (IF NOT INCLUDED IN VEHICLE PRICE) (+) | $0.00 | |
| FACTORY INSTALLED EQUIPMENT (+) | $0.00 | |
| | $0.00 | |
| GAP | $0.00 | DMV Fee $300.00 |
| VSI | $0.00 | |
| Doc Fee | $75.00 | |
| | | DEALER INSTALLED EQUIPMENT AND SERVICES (+) $0.00 |
| | | TOTAL $23,370.00 |
| | | DEALER PREP 395 00 |
| | | DELIVERY $ 199 00 |
| | | LESS TRADE-IN CREDIT (−) (BUYER SEE 1 AND 8(b) ON BACK) $0.00 |
| | | CASH PRICE $ $23,964.00 |

CONTRACTUAL DISCLOSURE STATEMENT FOR USED VEHICLE ONLY
"THE INFORMATION YOU SEE ON THE (FEDERAL TRADE COMMISSION) WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISION IN THE CONTRACT OF SALE."

PRIOR USE CERTIFICATION (REQUIRED BY VEHICLE AND TRAFFIC LAW 417a IF THE PRINCIPAL USE OF THE VEHICLE WAS AS A POLICE VEHICLE, TAXI-CAB, DRIVER EDUCATION VEHICLE, OR RENTAL VEHICLE.) THE PRINCIPAL PRIOR USE OF THIS VEHICLE WAS AS A POLICE VEHICLE ☐ TAXI-CAB ☐ DRIVER EDUCATION VEHICLE ☐ RENTAL VEHICLE ☐

IS THE TRADE IN VEHICLE A BRANDED VEHICLE (A BRANDED VEHICLE IS ONE THAT STATES ON THE CERTIFICATE OF TITLE ONE OF THE FOLLOWING BRANDS; RECONSTRUCTED, NON-USA-STD, EXCEEDS MECHANICAL LIMITS, NOT ACTUAL MILEAGE OR WARRANTY NON-CONFORMITY RENTAL VEHICLE ETC.), SUCH BRANDS AFFECT THE TRADE-IN VALUE.

☐ YES   ☐ NO   CUST. INITIALS X

### THE TRADE-IN

| YEAR | MILEAGE 0 | MAKE | MODEL | COLOR |
|---|---|---|---|---|
| PLATE NO. | EXP. DATE | VIN. | | |

TRADE-IN IS CLEAR OF ALL LIENS EXCEPT:   AMOUNT OWED $ $0.00

"THE DEALER APPLICATION PROCESSING FEE IS NOT A NEW YORK STATE OR DEPARTMENT OF MOTOR VEHICLES FEE. UNLESS A LIEN IS BEING RECORDED OR THE DEALER ISSUED NUMBER PLATES, YOU MAY AVOID THIS FEE BY SUBMITTING YOUR OWN APPLICATION FOR REGISTRATION AND/OR CERTIFICATE OF TITLE TO ANY MOTOR VEHICLE ISSUING OFFICE.

IF YOU AGREE TO ASSIST ME IN OBTAINING FINANCING FOR ANY PART OF THE PURCHASE PRICE, THIS ORDER SHALL NOT BE BINDING UPON YOU OR ME UNTIL ALL OF THE CREDIT TERMS ARE PRESENTED TO ME IN ACCORDANCE WITH REGULATION "Z" (TRUTH-IN-LENDING) AND ARE ACCEPTED BY ME. IF I DO NOT ACCEPT THE CREDIT TERMS WHEN PRESENTED, I MAY CANCEL THIS ORDER AND MY DEPOSIT WILL BE REFUNDED.

### TAXES AND OTHER FEES

| | | |
|---|---|---|
| SALES TAX 8.125 % (+) | | $1,868.34 |
| NYS FEE | | $0.00 |
| TOTAL CASH PRICE DELIVERED | $ | $25,832.34 |
| LESS CASH DEPOSIT SUBMITTED WITH ORDER  DEPOSIT IS NOT REFUNDABLE (IN ACCORDANCE WITH STATE LAWS) (−) | | $9,392.34 |
| (−) | | |
| SUB TOTAL | | $16,440.00 |
| PLUS BALANCE OWING ON TRADE IN (+) | | $0.00 |
| CASH DUE ON DELIVERY | $ | $16,440.00 |

I have read the terms on the back of this agreement and have received a completed copy of this agreement.

BUYER'S SIGNATURE: [signed]   DATE: 03/29/19
CO-BUYER'S SIGNATURE: _____   DATE: 03/29/19
SELLER APPROVED BY: [signed]   DATE: 03/29/19
MUST BE SIGNED BY SALES MANAGER OR DEALER

**ALL COD'S MUST BE PAID IN CASH OR CERTIFIED CHECK ONLY.**

SEE OTHER SIDE FOR ADDITIONAL TERMS
VEHICLE CASH PURCHASE AGREEMENT
SALE PRICE INCLUDES ALL PROGRAMS AND INCENTIVES

# BETHPAGE FEDERAL CREDIT UNION
## CREDIT APPLICATION

Married Applicants: May apply for a separate account.

☐ Individual Credit: You must complete the Applicant section about yourself and the other section about your spouse if:
1. you live in a community property state (AK, AZ, CA, ID, LA, NM, NV, P.R., TX, WA, WI).
2. your spouse will use the account, or
3. you are relying on your spouse's income as a source of repayment. If you are relying on income from alimony, child support, or separate maintenance, complete the Other section to the extent possible about the person on whose payments you are relying.

☐ Joint Credit – if you are applying for a joint account or an account that you and another person will use, you must complete the applicant and Spouse Co-Applicant section

_____ Initial here if you intend to apply for Joint Credit

Date: 03/28/2019

| Seller | EXCLUSIVE MOTOR SPORTS | Stock/VIN: | WBSWL93568P330380 | Requested Amount | 25000.00 |

## APPLICANT INFORMATION

| Name: | STEPHENSON, DANA | | | | |
|---|---|---|---|---|---|
| Birth date: | ▓▓/1991 | Driver's License: | | Social Security No.: ▓▓▓ | Marital Status: |
| Current Address: | 350 WREN LANE BEDMINSTER, NJ 07921 | | | | How Long: 10 Years 0 Months |
| Home Phone: | (908) 727-0591 | | | Cell Phone: | |
| Previous Address: | | | | | |
| Current Employer: | Employer Name: | HALSTEAD | | Position: AGENT | Employment Income: 4500.00 |
| | Work Phone: | (201) 478-6724 | | How long? | 2 Years 0 Months |
| Previous Employer: | Previous Employer Name: | | | Position: | |
| | Previous Employer Work Phone: | | | Previous Employment Length: | |
| Other Income: | | | | Other Income/Source | |

## SPOUSE OR CO-APPLICANT INFORMATION

| Name: | | | | | | |
|---|---|---|---|---|---|---|
| Birth date: | | Driver's License: | Social Security No.: | | Marital Status: | |
| Current Address: | | | | | How Long: | [%CoApp.Residence.Time |
| Home Phone: | | Cell Phone: | | | | |
| Previous Address: | | | | | | |
| Current Employer: | Employer Name: | | | Position: | | Employment Income: |
| | Work Phone: | | | How long? | | |
| Previous Employer: | Previous Employer Name: | | | Position: | | |
| | Previous Employer Work Phone: | | | Previous Employment Length: | | |
| Other Income: | | | | Other Income Source: | | |

The terms "I", "ME", and "MINE" in this Application mean each of those signing below. You promise that the information stated in this Consumer Loan Application is true and correct to the best of your knowledge. The Credit Union or its agent is authorized to investigate your credit worthiness, employment history, and to obtain a credit report and to answer questions about its credit history with you. The Credit Union may also obtain credit reports to update, increase, extend or renew credit with you. False or misleading statements in your application may cause any loan to be in default. You agree that this application shall be the Credit Union's property whether or not this application is approved. You will notify the Credit Union in writing immediately of any changes in your name, address or employment. You understand that it is a crime to willfully and deliberately provide incomplete or incorrect information to obtain credit. If you request, you will be provided the name and address of any credit bureau from which we received a credit report.

To help the government fight the funding of Terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license and other identity information.

X_____                      _____                             _____
Applicant                                            Date                                      Co-Applicant
    Date

# Bethpage Federal Credit Union - Signature Card & Account Agreement

This application must be completed, signed and included in funding package

PLEASE INDICATE IF THIS IS A: ☐ NEW ACCOUNT   ☐ ADDING JOINT OWNER TO ACCOUNT

MEMBERSHIP ELIGIBILITY: ☐ LIVE  ☐ WORK  ☐ WORSHIP  ☐ FAMILY  ☐ ATTEND SCHOOL  ☐ VOLUNTEER  ☐ OTHER

PLEASE INDICATE EMPLOYER, FAMILY MEMBER, RELIGIOUS ORGANIZATION OR OTHER ORGANIZATION THRU WHICH YOU ARE ELIGIBLE FOR MEMBERSHIP:

## Applicant

NAME (Last - First - MI): **DANA STEPHENSON**

SOCIAL SECURITY NUMBER: [redacted]

BIRTH DATE: [redacted]/1991

PRESENT ADDRESS (Street - City - State - Zip): 350 WREN LANE  BEDMINSTER, NJ 07921

HOME PHONE: (908) 727-0591

BUSINESS PHONE / EXT.: (201) 478-6724

MOTHER'S MAIDEN NAME:

EMAIL ADDRESS:

DRIVER'S LICENSE NUMBER:  STATE OF ISSUE:  DATE ISSUED:  EXPIRATION DATE:

## Joint Owner

NAME (Last - First - MI):

SOCIAL SECURITY NUMBER:

BIRTH DATE:

PRESENT ADDRESS (Street - City - State - Zip):

HOME PHONE: ( )

BUSINESS PHONE / EXT.: ( )

MOTHER'S MAIDEN NAME:

EMAIL ADDRESS:

DRIVER'S LICENSE NUMBER:  STATE OF ISSUE:  DATE ISSUED:  EXPIRATION DATE:

RELATIONSHIP TO APPLICANT:

## Types of Accounts (A Share Savings Account is required. A minimum balance may be required)

☐ SHARE SAVINGS  ☐ CHECKING  ☐ MONEY MARKET

DEPOSIT AMOUNT $

## Beneficiary Designation

BENEFICIARY #1 NAME & ADDRESS:

BENEFICIARY #2 NAME & ADDRESS:

I, the undersigned, do hereby designate my beneficiary(ies) listed above, if living, to receive all funds remaining in the above account(s). I hereby reserve the right to change the beneficiary(ies) herein designated IN WRITING SENT TO THE CREDIT UNION. Payment of proceeds to a designated beneficiary(ies) shall discharge the Credit Union from any and all liability to the extent of such payment.

## Signatures

I hereby make application for membership in and agree to conform to the Bylaws as amended, of the Credit Union. I certify that I am within the field of membership of this Credit Union; the information provided on this application is true and correct, and my signature on this card applies to all accounts under my name at this Credit Union. I also agree to the terms and conditions of any account that I/we have in the Credit Union now or in the future. I authorize the Credit Union to verify credit, consumer account and employment history by any necessary means, including preparation of a credit or consumer report by a credit or consumer reporting agency.

I recognize that as a member of my Credit Union, from time to time, I may be offered or may request that certain loan or other credit facilities be made available to me in conjunction with my membership. In order to assist my Credit Union in determining qualification for any such loan or credit facility, I hereby authorize my Credit Union to obtain a consumer report from any consumer reporting agency as they may request and this authorization shall be effective from the date of execution until I give written notice of revocation of authorization.

Under penalties of perjury, I certify that: (1) The number shown on this form is my/our correct taxpayer identification number (2) that I/we are not subject to backup withholding, either because I/we have not been notified of backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has not notified me/us that I/we are no longer subject to backup withholding (Note: if you ARE subject to backup withholding, cross out number 2). The Internal Revenue Service does not require your consent to any provisions of this document other than the certification required to avoid backup withholding.

Notice: In order to comply with the USA Patriot Act, effective October 25, 2002, the Credit Union is required to verify the identity of existing and new members applying for and opening new accounts or services with the Credit Union. Information we are required to obtain and verify includes name, residential address, tax identification number, and date of birth. We will ask you for a copy of your Driver's License or other identifying documents. Additional data may also be gathered depending on the type of account being opened. The Act requires us to maintain records of the identification verification. Confidentiality of the information maintained by the Credit Union will be protected as required under our privacy policy.

X _[signature]_   PRIMARY MEMBER SIGNATURE    DATE

X _____   JOINT MEMBER SIGNATURE    DATE

**For Credit Union Use Only**

☐ Approved  ☐ Not Eligible

Verified By _____ Date _____

Approved By _____ Date _____

Comments _____

FORM: CU MEMBER APP 7/05



**Bethpage Federal Credit Union**
PO Box 6606
Greenwood Village, CO 80155-6606
(800) 628-7070
www.bethpagefcu.com

**CLOSED-END NOTE, DISCLOSURE, LOAN AND SECURITY AGREEMENTS**

| LOAN DATE | LOAN NUMBER | ACCOUNT NUMBER |
|---|---|---|
| 03/29/19 | | |

**BORROWER 1 NAME AND ADDRESS**
Dana Stephenson
350 Wren Lane
Bedminster NJ 07921

**BORROWER 2 NAME (AND ADDRESS IF DIFFERENT FROM BORROWER 1)**

### TRUTH IN LENDING DISCLOSURE  'e' means an estimate

| ANNUAL PERCENTAGE RATE: The cost of your credit as a yearly rate. | FINANCE CHARGE: The dollar amount the credit will cost you. | Amount Financed: The amount of credit provided to you or on your behalf. | Total Payments: The amount you will have paid after you have made all payments as scheduled. | Total Sale Price: The total cost of your purchase on credit is $ 27,294.90 which includes your down payment of |
|---|---|---|---|---|
| 4.24 % | $ 1,462.56 | $ 16,440.00 | $ 17,902.56 | $ 9,392.34 |

| Filing Fees | Non-Filing Insurance | ☐ Assumption: Someone buying your mobile home cannot assume the remainder of the loan on the original terms. |
|---|---|---|
| $ N/A | $ N/A | |

**Prepayment:** If you pay off early, you will not have to pay a penalty.
**Required Deposit:** The Annual Percentage Rate does not take into account your required deposit balance.
**Property Insurance:** You may obtain property insurance from anyone you want that is acceptable to the credit union. If you do not obtain or fail to maintain property insurance naming the credit union as loss payee, the credit union will obtain insurance to protect its interest at your expense.
$ N/A
**Late Charge:** A $25.00 charge will be imposed for each payment not received within 10 days of the payment due date.

| Your Payment Schedule will be: | Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|---|
| | 48 | 372.97 | Beginning 04/28/19 |

**Security:** Collateral securing other loans with the credit union may also secure this loan. You are giving a security interest in your shares and dividends and, if any, your deposits and interest in the credit union; and the property described below:

| Collateral: | Property/Model/Make | Year | I.D. Number | Type/Lien Amount | Value | Key Number |
|---|---|---|---|---|---|---|
| | BMW M3 | 2008 | WBSWL93568P330380 | 2dr C | $22,995.00 | |

Other (Describe):
Pledge of Shares $ N/A  in Account Number         $ N/A  in Account Number

SEE OUR CONTRACT DOCUMENTS FOR ANY ADDITIONAL INFORMATION ABOUT NONPAYMENT, DEFAULT, AND ANY REQUIRED REPAYMENT IN FULL BEFORE THE SCHEDULED DATE.

### ITEMIZATION OF THE AMOUNT FINANCED
IF AN AMOUNT IS MARKED WITH AN ASTERISK (*), WE WILL BE RETAINING A PORTION OF THE AMOUNT.

| Itemization of Amount Financed of $ 15,846.00 | Amount Given to You Directly $ N/A To | Amount Paid on Your Account $ N/A | Prepaid Finance Charge $ N/A |
|---|---|---|---|
| Amount Paid to Others on Your Behalf $ N/A  $ 395.00 To Exclusive | | $ 0.00  $ 199.00 To Exclusive | |

LOAN AGREEMENT continued on reverse side   ☐ CONSUMERS' CLAIMS AND DEFENSES NOTICE - IF CHECKED, SEE REVERSE SIDE FOR NOTICE

1. **Promise to Pay:** You promise to pay $ 16,440.00 to the credit union plus interest on the unpaid balance until what you owe has been repaid. For fixed rate loans the interest rate is 4.24 % per year. 2. These Agreements are governed by the laws of New York
3. **Collection Costs:** You promise to pay all costs of collecting the amount you owe under this agreement including court costs and reasonable attorney fees.

### SIGNATURES FOR LOAN AND SECURITY AGREEMENTS

You agree that the terms and conditions in the disclosure statement and the loan and security agreements attached hereto shall apply to this loan. If there is more than one borrower, you agree that all the conditions of the loan and security agreements governing this loan shall apply to both jointly and severally. You acknowledge that you have received a copy of the loan and security agreements and disclosure statement ("Note"). If you purchase optional loan products in connection with this loan, you understand that a portion of the premium or fee you pay will be retained by the credit union (or paid back to the credit union by the service provider) as compensation for making these services available to you. You also acknowledge receipt of the product application(s), disclosures, and contract(s) regarding the product(s).

**Telephone Calls, Call Monitoring and Recording**

When you give a telephone number directly to us or our agents, or place a telephone call to us or our agents, you authorize us or our agents to place calls to you at that number. You understand that telephone number includes a cell phone number or VoIP and calls include both telephone calls and text messages to or from your phone, cell phone or VoIP. As examples, we may place calls to you about fraud alerts, deposit holds, and collection of amounts due to us on your account. When we or our agents make calls to you, we may use automatic dialers and artificial, text, or prerecorded messages. You agree to notify us immediately of any change in your telephone number(s).

You authorize us and our agents to monitor and record telephone conversations and other electronic communications you have with us and with our agents for reasonable business purposes, such as security and quality assurance. We may not remind you that we may be monitoring or recording a call at the beginning of the call unless required by law to do so. You consent and agree in advance to these terms and conditions.

**Negative Information Notice:** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**CAUTION-IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.**

| BORROWER'S SIGNATURE X [signature] | DATE 03/29/19 | BORROWER'S SIGNATURE X | DATE 03/29/19 |
|---|---|---|---|
| ☐ CO-BORROWER  ☐ *OTHER OWNER  ☐ **GUARANTOR X | DATE 03/29/19 | ☐ CO-BORROWER  ☐ *OTHER OWNER  ☐ **GUARANTOR X | DATE 03/29/19 |

*OTHER OWNER: Any person who has a property interest (other than as a renter or lessor) in the above described collateral signs here. The other owner, unless also a co-borrower, is not obligated to pay the debt, but understands that the credit union has a security interest in the collateral as explained in the Security Agreement. **GUARANTOR: Upon default, the credit union may seek immediate payment from the guarantor of any and all sums due on the loan, including all reasonable costs and fees provided under the loan and security agreements, as permitted by law. The guarantor waives all notice to which he or she would otherwise be entitled by law.