UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
DANA STEPHENSON,                                      Docket No.:
                                                      20-cv-01332(PMH)

                            Plaintiff,

            -against-

EXCLUSIVE MOTOR-SPORTS LLC, EXCLUSIVE
MOTOR SPORTS & COLLISION CENTER LLC,
EXCLUSIVE MOTOR CARS LLC, and
BETHPAGE FEDERAL CREDIT UNION,

                            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## BETHPAGE FEDERAL CREDIT UNION'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Bethpage Federal Credit Union ("BFCU") hereby certifies that BFCU has no parent corporation and no publicly held corporation owning ten percent (10%) or more of its stock.

Dated:  Uniondale, New York
        June 5, 2020

                                  Respectfully submitted,

                                  RIVKIN RADLER LLP

                        By:    /s/ Michael P. Versichelli
                               Michael P. Versichelli
                               Michelle A. Bholan
                               926 RXR Plaza
                               Uniondale, New York 11556
                               Telephone:    (516) 357-3000
                               Facsimile:     (516) 357-3333

                               *Counsel for Defendant Bethpage Federal Credit Union*