IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DANA STEPHENSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-cv-01332 |
| | ) | |
| EXCLUSIVE MOTOR-SPORTS, LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1:3 of the Local Rules of the United States Court for the Southern District of New York, Thomas R. Breeden hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Dana Stephenson in the above-captioned action.

1. Applicant's residential address:

   Thomas R. Breeden
   101 Smith Heritage Lane
   Boston, Virginia 22713

2. Applicant's office address, telephone number, facsimile number and email address is:

   Thomas R. Breeden
   Thomas R. Breeden, P.C.
   10326 Lomond Drive
   Manassas, Virginia 20109
   Telephone No.: (703) 361-9277
   Facsimile No.: (703) 337-0441
   Email: trb@tbreedenlaw.com

3. I am in good standing of the bar(s) of the state(s) of and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been suspended disbarred or denied admission or readmission by any court.  My firm has been censured by a court, based on an associate's filings in a

  case.  I have attached the affidavit pursuant to Local Rule 1.3.

- Supreme Court of Virginia (1991);
- U.S. District Court for the Eastern District of Virginia (1992); and
- U.S. District Court for the Western District of Virginia (1999).

4. Thomas R. Breeden is in good standing and eligible to practice in all courts to which is admitted, see attached.

5. Local counsel's address, telephone number, facsimile number and email address is:

Brian L. Bromberg
Bromberg Law Office, P.C.
26 Broadway, 21ST Floor
New York, New York 10004
Telephone No.: (212) 248-7906
Facsimile No.: (212) 248-7908
Email: brian@bromberglawoffice.com

The required fee of $200.00 was submitted on June 12, 2020.

By: /s/Thomas R. Breeden<br>One of Plaintiff's Attorneys

Dated: June 23, 2020

Thomas R. Breeden (VSB No. 33410)
Thomas R. Breeden, P.C.
10326 Lomond Drive
Manassas, Virginia 20109
Telephone No.: (703) 361-9277
Facsimile No.: (703) 337-0441
Email: trb@tbreedenlaw.com

Brian L. Bromberg
Bromberg Law Office, P.C.
26 Broadway, 21ST Floor
New York, New York 10004
Telephone No.: (212) 248-7906
Facsimile No.: (212) 248-7908
Email: brian@bromberglawoffice.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 23RD day of June, 2020, a copy of the foregoing Motion for Admission Pro Hac Vice was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Brian L. Bromberg
Bromberg Law Office, P.C.
26 Broadway, 21ST Floor
New York, New York 10004
Email: brian@bromberglawoffice.com

Notice of this filing will be sent to the following parties by U.S. mail, first class postage pre-paid, on this 23RD day of June, 2020.

David Darwin
Ostrer & Associates
111 Main Street
Chester, New York 10918
Email: ddarwin@ostrer.com

and

Michael Versichelli
Rivkin Radler
926 RXR Plaza
Uniondale, New York 11556-0926
Email: Michael.Versichelli@rivkin.com

By: /s/Thomas R. Breeden
One of Plaintiff's Attorneys
Thomas R. Breeden (VSB No. 33410)
Thomas R. Breeden, P.C.
10326 Lomond Drive
Manassas, Virginia 20109
Telephone No.: (703) 361-9277
Facsimile No.: (703) 337-0441
Email: trb@tbreedenlaw.com