# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Douglas B. Robelen, Clerk of the Supreme Court of Virginia, do hereby certify that

### THOMAS RAY BREEDEN

was admitted to practice as an attorney and counsellor at the bar of this Court on November 4, 1991.

I further certify that so far as the records of this office are concerned, THOMAS RAY BREEDEN is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 19th day of June
A.D. 2020

By: _____
*Deputy Clerk*