

**OSTRER & ASSOCIATES, P.C.**
ATTORNEYS AT LAW

Benjamin Ostrer
David L. Darwin
Amir H. Sadaghiani
Jeffrey R. Laurice

111 Main Street
P.O. Box 509
Chester, NY 10918

Phone: 845-469-7577
Fax: 845-469-8690
*Fax Service Not Accepted*

September 22, 2020

Honorable Philip M. Halpern
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    *Re:*    *Dana Stephenson v. Exclusive Motor-Sports LLC, Exclusive Motor Sports & Collision Center LLC, Exclusive Motor Cars LLC and Bethpage Federal Credit Union*
           *Docket No. 7:20-cv-01332-PMH*

Dear Judge Halpern:

    Our firm represents the Exclusive Motors defendants in the above-captioned action. I am in receipt of the letter to the Court submitted by counsel for plaintiff requesting a pre-motion conference in connection with her proposed motion for leave to file a second amended complaint. I am also in receipt of the letter from Michele Bholan, Esq., counsel for co-defendant BFCU, in opposition. On behalf or our clients, I join in BCFU's opposition to the proposed motion, for the reasons stated in Ms. Bholan's letter to the Court. We particularly agree that the charges filed in the referenced indictment are unrelated and irrelevant to the plaintiff's General Business Law claims, and only serve to inject inflammatory material prejudicial to our client's interests in this case.

                                      Respectfully submitted,

                                      David L. Darwin

cc:  All counsel of record via e-file