UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

DANA STEPHENSON,

Docket No.:
20-cv-01332(PMH)

-against-

EXCLUSIVE MOTOR-SPORTS LLC, EXCLUSIVE MOTOR SPORTS & COLLISION CENTER LLC, EXCLUSIVE MOTOR CARS LLC, and BETHPAGE FEDERAL CREDIT UNION,

----------------------------------------

> In light of the parties' filings, the Court modifies its prior order staying discovery pending the hearing and determination of the motion by Benjamin Ostrer and David L. Darwin to be relieved as counsel for the Exclusive Motors Defendants (Doc. 78), as follows: counsel for the Exclusive Motors Defendants shall make available for discovery and inspection at a mutually agreeable time and place for the parties' counsel and the retained handwriting expert(s) to examine the original documents at issue; counsel for the Exclusive Motors Defendants will maintain possession of the original documents at issue pending further order of the Court; and the parties shall advise the Court by joint letter when the inspection and examination has been completed, and in any event, file a joint letter with the Court advising of the status of such inspection and examination by 4/15/2021.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>   March 19, 2021

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Benjamin Ostrer, Esq. dated February 25, 2021, and the exhibits annexed thereto, the affirmation of David L. Darwin dated February 25, 2021 and the exhibits annexed thereto, the memorandum of law in support, the attached proposed order to show cause and upon all the pleadings and proceedings had herein, the undersigned attorneys for defendants Exclusive Motor-Sports LLC, Exclusive Motor Sports & Collision Center LLC, Exclusive Motor Cars LLC (hereinafter, "the Exclusive Motors defendants"), will move this Court at the United States Courthouse, 500 Pearl Street, New York 10007, before the Hon. Phillip M. Halpern at a date and time set by the Court, for an Order that the Court enter an Order to Show Cause, in the form annexed hereto, why the law firm Ostrer & Associates, P.C. should not be relieved as attorneys for the Exclusive Motors Defendants, staying discovery pending a hearing and determination on the application, together with such other and further relief as the Court shall deem to be just, fair, and equitable.

Dated: Chester, New York
       February 25, 2021

                                                      /s/ David L. Darwin

David L. Darwin, Esq.
OSTRER & ASSOCIATES, P.C.
*Attorneys for Defendants, Exclusive Motor-Sports, LLC, Exclusive Motor Sports & Collision Center LLC, and Exclusive Motor Cars, LLC.*
111 Main Street, P.O. Box 509
Chester, New York 10918
(845) 469-7577

TO:    Michael P. Versichelli, Esq
        Michelle A. Bholan, Esq.
        RIVKIN RADLER LLP
        *Attorneys for Defendant, Bethpage Federal Credit Union*
        926 RXR Plaza
        Uniondale, New York 11556
        Telephone:    (516) 357-3000
        Facsimile:     (516) 357-3333

        Brian Lewis Bromberg, Esq.
        BROMBERG LAW OFFICE, P.C.
        *Attorneys for Plaintiff, Dana Stephenson*
        26 Broadway, 27th Floor
        New York, New York 10004
        Telephone:    (212) 248-7906
        Facsimile:     (212) 248-7908

        Thomas R. Breeden, Esq.
        THOMAS R. BREEDEN, P.C.
        *Attorneys for Plaintiff, Dana Stephenson*
        10326 Lomond Drive
        Manassas, Virginia 20109
        Telephone:    (703) 361-9277
        Facsimile:     (703) 337-0441