UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DANA STEPHENSON,

                                Plaintiff,

-against-

EXCLUSIVE MOTOR-SPORTS LLC,
EXCLUSIVE MOTOR SPORTS & COLLISION
CENTER LLC, EXCLUSIVE MOTOR CARS
LLC, and BETHPAGE FEDERAL CREDIT
UNION,

                                Defendants.
----------------------------------------X

Docket No.:
20-cv-01332(PMH)

CERTIFICATE OF SERVICE

      Caroline Goll, being duly sworn, deposes and says:

    1. I am not a party to this action, am over the age of eighteen years and am employed by the law firm of Ostrer & Associates, P.C., with offices located in Chester, New York.

    2. That on April 14, 2021, I served true copies of the Order of Judge Philip M. Halpern, U.S.D.J. dated April 14, 2021, by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Service **via Express Mail** to:

    Exclusive Motor-Sports, LLC
    279 Rt. 32
    Central Valley, New York 10917
    Attn:  Mr. Saaed Moslem
    *Tracking No.: ER 006 040 833 US*

    Exclusive Motor Sports & Collision Center, LLC
    279 Rt. 32
    Central Valley, New York 10917
    Attn:  Mr. Saaed Moslem
    *Tracking No.: ER 006 040 847 US*

Exclusive Motor Cars LLC
279 Rt. 32
Central Valley, New York 10917
Attn: Mr. Saaed Moslem
***Tracking No.: EJ 634 174 611 US***

Mr. Saaed Moslem
P.O. Box 344
Central Valley, New York 10917
***Tracking No.: ER 006 040 864 US and via e-mail to: saaed@exclusivemotorsports.net***

Dated: Chester, New York
April 14, 2021

_____
Caroline Goll

Sworn to before me this
14th day of April 2021

_____
Notary Public

DAVID L. DARWIN
Notary Public, State of New York
No. 02DA6319474
Qualified in Orange County
Commission Expires February 17, 2023