# B‌ROMBERG L‌AW O‌FFICE, P.C.

Brian L. Bromberg (Admitted in NY, NJ & CA)  352 Rutland Road #1
Joshua Tarrant-Windt, Associate (Admitted in NY)  Brooklyn, NY 11225
Phone: (212) 248-7906
Fax:    (212) 248-7908

April 29, 2021

Via ECF
Honorable Philip M. Halpern, U.S.D.J.
Eastern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re:  *Stephenson v Exclusive Motor-Sports, LLC, et al.*
     SDNY Case No. 20-CV-01332 (PMH)

Dear Judge Halpern:

My office, together with co-counsel, r[...] referenced case.

I am writing on behalf of Ms. Stephen[son and] Union (BFCU) to request that Your H[onor...] holding a settlement conference and th[...] allow the settlement conference to pro[ceed...] Motor-Sports, LLC, Exclusive Motor [...] LLC [collectively, the "Exclusive Def[endants"...] this case following the Court's grant o[f...]

Finally, in Your Honor's most recent o[rder...] May 25, 2021 and a discovery cut-off [...] BFCU, since all depositions were stay[ed...] owners of the Exclusive Defendants) and all discovery came to a halt when counsel for the Exclusive Defendants moved to be relieved. Therefore, Plaintiff and BFCU request that Your Honor extend the discovery deadline to a date after the parties have held a mediation conference before the magistrate judge and Your Honor calendar a scheduling conference for a date more than 60 days from today.

Respectfully,

/s/ Brian Bromberg

Brian Bromberg

cc:  All Counsel of Record (Via ECF)
     Saeed Moslem (Via First Class Mail)
     Mehdi Moslem (Via First Class Mail)

---

Application granted in part. The deadline to complete discovery is extended to 6/29/2021; the telephone Case Management Conference scheduled for May 25, 2021 will proceed as scheduled. The Exclusive Defendants are again reminded that new counsel must file an appearance on their behalf in this action, as corporations may not proceed *pro se*, and the failure to do so by May 14, 2021 (*see* Doc. 88) may result in the entry of default judgment against them. The request for an Order of Reference to the Magistrate Judge for settlement is denied without prejudice. Plaintiff's counsel is directed to serve a copy of this Order on the Exclusive Defendants and file proof of service on the docket.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        April 30, 2021