UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

DANA STEPHENSON,

                Plaintiff,                No. 20-cv-01332 (PMH)

    -against-

EXCLUSIVE MOTOR-SPORTS LLC, EXCLUSIVE
MOTOR SPORTS & COLLISION CENTER LLC,
EXCLUSIVE MOTOR CARS LLC, and
BETHPAGE FEDERAL CREDIT UNION,

                Defendants.
_____x

## Certificate of Service

    I, Brian L. Bromberg, an attorney duly licensed to practice law in the State of New York, hereby state the following under penalty of perjury that the following is true and correct:

    I am not a named party to the action, am over 18 years of age, and reside in Brooklyn, New York.

    That on May 3, 2021, I served a copy of Document No. 91 on each of the following persons at the following addresses by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, via United States First Class Mail addressed to each of the following individuals or entities at the last-known address set forth after each name:

Exclusive Motor-Sports LLC
279 Route 32
Central Valley NY 10917

Exclusive Motor Sports & Collision Center LLC
279 Route 32
Central Valley NY 10917

Exclusive Motor Cars LLC
279 Route 32
Central Valley NY 10917

Saeed Moslem
279 Route 32
Central Valley NY 10917

Mehdi Moslem
279 Route 32
Central Valley NY 10917

Dated:  Brooklyn, New York
        May 7, 2021

                                                    /s/ Brian L. Bromberg
                                                    Brian L. Bromberg