UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DANA STEPHENSON
                       *Plaintiff,*
                v.

EXCLUSIVE MOTOR-SPORTS LLC, EXCLUSIVE
MOTOR SPORTS & COLLISION CENTER LLC,
EXCLUSIVE MOTOR CARS LLC, and
BETHPAGE FEDERAL CREDIT UNION,

                       *Defendants.*
------------------------------------------------------------------------X

Honorable Philip M. Halpern
20-CV-01332-PMH

CONSENT ORDER VACATING
DEFAULT & ALLOWING
DEFENDANTS TO DEFEND

THIS MATTER having been opened to the Court upon submission of Emouna & Mikhail PC (Matin Emouna, Esq.), attorneys for Defendants, EXCLUSIVE MOTOR-SPORTS LLC, EXCLUSIVE, MOTOR SPORTS & COLLISION CENTER LLC, EXCLUSIVE MOTOR CARS LLC, and it appearing the attorneys for Plaintiff, DANA STEPHENSON have consented to the entry of this Order, and good cause having been shown by the parties pursuant to Fed. R. Civ. Pro. 55(a) and Fed. R. Civ. Pro. 60(b)(6)

IT IS on this __12th__ day of August 2021,

ORDERED that the Clerk's Certificate of Default entered on July 15, 2021, (Doc. 107) is hereby vacated as to Defendants, EXCLUSIVE MOTOR-SPORTS LLC, EXCLUSIVE, MOTOR SPORTS & COLLISION CENTER LLC, EXCLUSIVE MOTOR CARS LLC; Plaintiff's Motion for Default Judgment returnable September 24, 2021, (Docs. 108-114) is hereby withdrawn by Plaintiff; and Defendants, EXCLUSIVE MOTOR-SPORTS LLC, EXCLUSIVE, MOTOR SPORTS & COLLISION CENTER LLC, EXCLUSIVE MOTOR CARS LLC are hereby allowed to defend in the above matter; and it is

*PMH*

FURTHER ORDERED, that the Plaintiff, DANA STEPHENSON and Defendants, EXCLUSIVE MOTOR-SPORTS LLC, EXCLUSIVE, MOTOR SPORTS & COLLISION

CENTER LLC, EXCLUSIVE MOTOR CARS LLC are hereby directed to confer to attempt to settle this case. ~~and, if the parties cannot settle without assistance, then~~ on or before September 10, 2021, the parties ~~should request a referral to mediation before Magistrate Judge Paul E. Davison.~~ *PMH*

~~Pending the completion of mediation, all proceedings in this case are stayed.~~

FURTHER ORDERED, service of the within Order on shall be deemed effective upon electronic filing by the Court.

*The Clerk of Court is respectfully requested to terminate the pending letter-motions (Docs. 116, 117).

Dated: August 12, 2021

shall file a joint letter concerning the status of settlement and may request a referral to the assigned Magistrate Judge for settlement conference(s).

SO ORDERED

_____
HONORABLE PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE

To: *All Parties Via ECF*