# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg (Admitted in NY, NJ & CA)  352 Rutland Road #1
Brooklyn, NY 11225

> Application granted. The time to move to reopen this case is extended to January 20, 2022. The Clerk of Court is respectfully requested to terminate the letter-motion (Doc. 132).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> January 6, 2022

January 5, 2022

Via ECF
Honorable Philip M. Halpern, U.S.D.J.
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re:   *Stephenson v Exclusive Motor-Sports, LLC, et al.*
      SDNY Case No. 20-CV-01332 (PMH)

Dear Judge Halpern:

My office, together with co-counsel, represents the plaintiff, Dana Stephenson, in the above-referenced case.

I am writing to request a 14-day extension of today's deadline to restore the case. I am making this request so we can wrap up the settlement with the "Exclusive Defendants." Even though both sides have signed off on the settlement documents, my office is still awaiting the wiring of the funds. I have asked defense counsel, Alison Drew, Esq., whether she joins in this request, but I have not heard back from her.

Respectfully,

/s/ *Brian L. Bromberg*

Brian L. Bromberg

cc:   Alison Drew, Esq. (Via Email: alison.drew@parlatorelawgroup.com)
      All Counsel of Record (Via ECF)